IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN MAYFIELD, FORMER
HUSBAND,

      Appellant,

v.

LISA MAYFIELD, FORMER
WIFE,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4176

_____/

Opinion filed July 12, 2017.

An appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Seth Schwartz of The Schwartz Law Group, P.A., Jacksonville, for Appellant.

Nina R. Price and Dana R. Price of Price Family Law, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.